**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Francisco Hernandez**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO HERNANDEZ,<br><br>    Defendant.<br>_____/ | Case Number 2:12-cr-00096 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING<br><br>Date:   May 14, 2012<br>Time:   9:30 a.m<br><br>Courtroom 5<br>Honorable William B. Shubb |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of May 14, 2012, at 9:30 a.m. in Courtroom Number 5  and reset it for June 11, 2012, at 9:30 a.m. in Courtroom Number .

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 11, 2012, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

Respectfully submitted

Dated:  May 10, 2012        /s/ Vittoria M. Bossi_____
                            Attorney for Francisco Hernandez

Dated:  May 10, 2012        /s/ Jason Hitt_____
                            Assistant United States Attorney
                            (Signed by Vittoria Bossi per verbal approval)

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

## **ORDER**

    **IT IS HEREBY ORDERED:** That the hearing set for May 14, 2012, is vacated and that is continued to June 11, 2012, at 9:30 a.m. in Courtroom Number 5.

    It is further ORDERED that the time under the Speedy Trial Act between today's date and June 11, 2012, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated:  May 11, 2012

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE