1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    Case No. 2:12-cr-0096 WBS
                                  )
11              Plaintiff,        )
                                  )    STIPULATION AND [~~PROPOSED~~]
12      v.                        )    ORDER TO CONTINUE STATUS
                                  )    CONFERENCE AND EXCLUDE TIME
13 FRANCISCO HERNANDEZ,           )
                                  )
14              Defendant.        )
                                  )
15 _____)

16

17      The parties respectfully request that the status conference

18 in this case be continued from July 23, 2012, to August 13, 2012

19 at 9:30 a.m.  The parties further stipulate that the time between

20 July 23, 2012, and August 13, 2012, should be excluded from the

21 calculation of time under the Speedy Trial Act.  The parties

22 stipulate that the ends of justice are served by the Court

23 excluding such time, so that counsel for the defendant may have

24 reasonable time necessary for effective preparation, taking into

25 account the exercise of due diligence.  18 U.S.C.

26 § 3161(h)(7)(B)(iv).  Specifically, the parties have just

27 received the Probation Officer's Pre-Plea Criminal History Report

28 and are now exploring resolution of the case.  In addition,

                              1

1  defense counsel is investigating whether the criminal history

2  calculation is accurate and researching any possible arguments

3  that may be made in favor of a departure or variance in this

4  case.  The parties stipulate and agree that the interests of

5  justice served by granting this continuance outweigh the best

6  interests of the public and the defendant in a speedy trial.  18

7  U.S.C. § 3161(h)(7)(A).

8                                    Respectfully Submitted,

9                                    BENJAMIN B. WAGNER
                                     United States Attorney

10

11  DATE: July 24, 2012          By:  /s/Jason Hitt
                                      Jason Hitt

12                                    Assistant U.S. Attorney

13

14  DATE: July 24, 2012          By:  /s/Jason Hitt for Ms. Bossi
                                      Telephonic authorization to

15                                    sign for Ms. Bossi on 07-20-12
                                      Victoria Bossi

16                                    Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.   The status conference in this matter is set for July 23, 2012, at 9:30 a.m. is VACATED;

2.   A new status conference date is set for August 13, 2012, at 9:30 a.m.; and

3.   Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from July 23, 2012, up to and including August 13, 2012.

**IT IS SO ORDERED.**

DATE:   July 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE