**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Francisco Hernandez**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case Number 2:12-cr-00096 WBS** |
| **Plaintiff,** | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| **FRANCISCO HERNANDEZ,** | **Date:   January 14, 2013** |
| **Defendant.** | **Time:   9:30 a.m.** |
| _____/ | **Courtroom 5** |
| | **Honorable William B. Shubb** |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of October 29, 2012, at 9:30 a.m. in Courtroom Number 5 and reset it for January 14, 2013, at 9:30 a.m. in Courtroom Number 5.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to January 14, 2013, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

Respectfully submitted

Dated: October 25, 2012        /s/ Vittoria M. Bossi_____
                               Attorney for Francisco Hernandez

Dated: October 25, 2012        /s/ Jason Hitt_____
                               Assistant United States Attorney
                               (Signed by Vittoria Bossi per verbal approval)

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

# **ORDER**

**IT IS HEREBY ORDERED:**  That the hearing set for October 29, 2012, is vacated and is continued to January 14, 2013, at 9:30 a.m. in Courtroom Number 5.

It is further ORDERED that the time under the Speedy Trial Act between today's date and January 14, 2013, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated:  October 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE